NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1222

MPT, INC.,

Plaintiff-Appellee,

v.

MARATHON LABELS, INC.,

Defendant-Appellant,

and

POLYMERIC CONVERTING, LLC,

Defendant.

Thomas H. Shunk, Baker & Hostetler LLP, of Cleveland, Ohio, argued for plaintiff-appellee.

Bruce H. Wilson, of Akron, Ohio, argued for defendant-appellant.

Appealed from:  United States District Court for the Northern District of Ohio

Judge Patricia A. Gaughan

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1222

MPT, INC.,

Plaintiff-Appellee,

v.

MARATHON LABELS, INC.,

Defendant-Appellant,

and

POLYMERIC CONVERTING, LLC,

Defendant.

# Judgment

ON APPEAL from the     UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF OHIO

in CASE NO(S).         1:04-CV-2357

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (SCHALL, ARCHER, and MOORE, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED March 10, 2009         /s/ Jan Horbaly
                           Jan Horbaly, Clerk